UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EUNICE OWUSU,

Plaintiff,

v.

FARMERS INSURANCE COMPANY, STEVE BENSON, ANN LANCETT and WADE NELSON,

Defendants.

Civil No. 02-32 (RHK/JMM)

**SECOND** ORDER FOR PRETRIAL CONFERENCE

TO: Plaintiff Eunice Owusu, 1060 Alabama Drive, #104, Herndon, VA 20170, pro se;

Defendants above named and to David D. Alsop, Esq., Gislason & Hunter, Suite 215E, 9900 Bren Road East, P. O. Box 5297, Minnetonka, MN 55343, J. Mark Catron, Esq., Hansen, Dordell, Bradt, Odlaug & Bradt, 3900 Northwoods Drive, Suite 250, St. Paul, MN 55112, attorneys for Defendants.

DATE, TIME, PLACE AND PARTICIPANTS

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and Local Rule 16 of the Rules of this District, a pretrial conference of trial counsel in the above matter will be held on March 11, 2002 at 10:00 a.m. by telephone. David Alsop, Esq. shall initiate the telephone conference. This conference call will not be rescheduled.

Dated: March 5, 2002

JOHN M. MASON
United States Magistrate Judge

Filed MAR 05 2002
Richard D. Sletten, Clerk
Judgment Entered ________
Deputy Clerk's Initials ________