UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EUNICE OWUSU, CIVIL NO. 02-32 (RHK/JMM)

Plaintiff,

v. ORDER

FARMERS INSURANCE COMPANY,
STEVE BENSON, ANN LANCETT
and WADE NELSON,

Defendants.

The above matter comes before the undersigned upon the March 28, 2002 letter from Edwin R. Holmes, Esq., counsel for Plaintiff, in which he advises that all Parties agree to dismiss the federal court action without prejudice so that the matter may be refiled in state court.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the pretrial conference scheduled before the undersigned on April 5, 2002 is canceled. The Stipulation of Dismissal shall be filed on or before April 12, 2002.

Dated: April 2, 2002

JOHN M. MASON
United States Magistrate Judge

FILED APR 0 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK