# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Eunice Owusu,<br>Plaintiff,<br><br>vs.<br><br>Farmers Insurance Company, Steve Benson, Ann Lancett and Wade Nelson,<br>Defendant. | ) | Court File No. 02-32 (RHK/JMM)<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-captioned parties, by and through their respective counsel of record, hereby stipulate and agree that the above-entitled action may be dismissed, without prejudice, and without award of costs, disbursements, or attorneys' fees to any party.

Dated 4/12/02

EDWIN R. HOLMES, P.A.

[signature]

Edwin R. Holmes #165633
15025 Garrett Ave., Suite 200
Apple Valley, MN 55124
Phone: (952) 432-8111
Fax: (952) 432-2202
Attorneys for Plaintiff Eunice Owusu

Dated 3/29/02

GISLASON & HUNTER, LLP

[signature]

David D. Alsop #120431

APR 18 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

Matthew P. Kostolnik #310669
9900 Bren Road East
Suite 215E
P.O. Box 5297
Minnetonka, MN 55343-2297
Phone: (952) 933-9900
Fax: (952) 933-0242
Attorneys for Defendants Ann Lancett and Wade Nelson

HANSEN, DORDELL, BRANDT,
ODLAUG & BRANDT

J. Mark Catron #15829
3900 Northwoods Drive
Suite 250
St. Paul, MN 55112-6973
Phone: (651) 482-8900
Fax: (651) 482-8909
Attorneys for Defendants Farmers Insurance and Steve Benson, agent

**ORDER FOR DISMISSAL**

The foregoing Stipulation of Dismissal Without Prejudice has been reviewed, is hereby approved, and shall constitute the Order of this Court.

Dated: April 19, 2002

**BY THE COURT:**

~~John M. Mason~~, U.S. ~~Magistrate~~ Judge